IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:              March 26, 2010
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 09-cv-02776-RPM

JEFFREY B. ANDERSON,                                        Victor M. Morales

     Plaintiff,

v.

ALLEN C. HARPER,                                            Michael E. McLachlan

     Defendant.
_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**2:25 p.m.**     **Court in session.**

Discussion regarding case facts and discovery.

**ORDERED:**  **Unopposed Motion for Leave to Amend Answer, filed March 25, 2010 [8], is granted and the Amended Answer is accepted and filed today.**

Counsel inform the court of a related case filed in Florida that they believe is or will be dismissed.

Court states its orders of reference practice to magistrate judge (joint motion).

**2:40 p.m. Court in recess.**

Hearing concluded.  Total time: 15 min.