IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02776-RPM

JEFFREY B. ANDERSON,

    Plaintiff,

v.

ALLEN C. HARPER,

    Defendant.

---

## ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER

---

Pursuant to the Joint Stipulated Motion to Modify Scheduling Order to Extend Discovery, Expert and Dispositive Motion Deadlines [13], filed on September 22, 2010, it is

ORDERED that the motion is granted and the deadlines are extended as follows:

- Discovery Cutoff: December 31, 2010
- Dispositive Motion Deadline: March 31, 2011
- Expert Designation on Parties Bearing Burden of Persuasion: January 15, 2011
- Contradicting Experts: February 15, 2011
- Rebuttal Opinions: March 1, 2011

Dated: October 20th, 2010

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard P. Matsch, Senior District Judge