IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02776-RPM

JEFFREY B. ANDERSON,

      Plaintiff,

v.

ALLEN C. HARPER,

      Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

      The Court having determined that a pretrial conference should now be scheduled, it is

      ORDERED that a pretrial conference is scheduled for **April 29, 2011, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **April 21, 2011.**  The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.

      DATED:   April 1, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge