IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02776-RPM

JEFFREY B. ANDERSON,

      Plaintiff,

v.

ALLEN C. HARPER,

      Defendant.

_____

ORDER DENYING REQUEST FOR EXTENSION OF DEADLINE TO FILE
DISPOSITIVE MOTIONS
_____

      Upon review of the request for an extension of the deadline to file dispositive

motions [17], it is

      ORDERED that the motion is denied.

      DATED:   April 1, 2011

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____

                                Richard P. Matsch, Senior District Judge