IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02776-RPM

JEFFREY B. ANDERSON,

     Plaintiff,

v.

ALLEN C. HARPER,

     Defendant.

_____

ORDER GRANTING MOTION TO CONDUCT ADDITIONAL DEPOSITION AND
LIMITED ADDITIONAL DISCOVERY
_____

Upon consideration of the Stipulated Motion to Conduct One Additional Deposition and Limited Additional Discovery [21] filed April 20, 2011, it is

ORDERED that the motion is granted.

DATED:   April 20, 2011

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge