IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02776-RPM

JEFFREY B. ANDERSON,

     Plaintiff,

v.

ALLEN C. HARPER,

     Defendant.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference held today, it is

ORDERED that this matter is set for trial to jury on **August 22, 2011, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED:   April 29th, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge