# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

| | |
|---|---|
| Date: | August 29, 2011 |
| Courtroom Deputy: | J. Chris Smith |
| FTR Technician: | Kathy Terasaki |

_____

Civil Action No. 09-cv-02776-RPM

JEFFREY B. ANDERSON,                                                           Victor M. Morales

    Plaintiff,

v.

ALLEN C. HARPER,                                                                   J. David Dean
                                                                                                                                  Michael E. McLachlan

    Defendant.

_____

### COURTROOM MINUTES
_____

**Pretrial Conference**

**1:45 p.m.**        **Court in session.**

Discussion regarding witnesses, law of guarantee (N.C. law) and agency defense.

**ORDERED:**   **Stipulated Motion to Allow Trial Testimony of Heath Alexander, Esq., by Telephone [31], is denied.**

                   **Briefs due August 12, 2011.**
                   **Proposed jury instructions and voir dire submitted in paper format directly to chambers by August 16, 2011.**

Court instructs counsel to advise it by August 12, 2011of whether case will proceed to trial.

**2:07 pm.**        **Court in recess.**

Hearing concluded.  Total time: 22 min.