IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02776-RPM

JEFFREY B. ANDERSON,

    Plaintiff,

v.

ALLEN C. HARPER,

    Defendant.

_____

ORDER EXTENDING TIME TO FILE SETTLEMENT PAPERS
_____

Pursuant to the Stipulated Motion to Extend Deadline to File Settlement Papers [45] filed August 29, 2011, it is

ORDERED that the motion is granted and the deadline for filing settlement paperwork is extended to and including September 8, 2011.

DATED:   August 30th, 2011

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge