IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02776-RPM

JEFFREY B. ANDERSON,

     Plaintiff,

v.

ALLEN C. HARPER,

     Defendant.

_____

ORDER ADMINISTRATIVELY CLOSING CASE
_____

     Pursuant to the Joint Status Report and Request to Administratively Close Case [47] filed September 8, 2011, it is

     ORDERED that this case is administratively closed under D.C.COLO.LCivR 41.2.

     DATED:   September 9th, 2011

                                                                  BY THE COURT:

                                                                  s/Richard P. Matsch

                                                                  _____

                                                                  Richard P. Matsch, Senior District Judge