IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02776-RPM

JEFFREY B. ANDERSON,

      Plaintiff,
v.

ALLEN C. HARPER,

      Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [51] filed September 26, 2012, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own attorney fees and costs.

DATED:   September 27th, 2012

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____

                                        Richard P. Matsch, Senior District Judge